BARRY E. HINKLE, Bar No. 071223
SANDRA R. BENSON, Bar No. 121324
KRISTINA L. HILLMAN, Bar No. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

FILED
JUL 26 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of CARPENTERS LOCAL UNION NO. 180, and CARPENTERS LOCAL UNION NO. 152,<br><br>Plaintiffs,<br><br>v.<br><br>G.T. ACOUSTICS,<br><br>Defendant. | No.   C 06-01937 MHP<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT<br><br>Date:   July 17, 2006<br>Time:   2:00 p.m.<br>Courtroom: Courtroom 15, 18th Floor |

This matter came on for hearing for entry of Judgment by Default against Defendant G.T. Acoustics (hereinafter referred to as "Defendant") on July 17, 2006. Plaintiffs Robert Alvarado, in his capacity as Trustee of the Carpenters Health and Welfare Trust Fund for California; Carpenters Vacation-Holiday Trust Fund for Northern California; Carpenters Pension Trust Fund for Northern

*[Handwritten interlineation: "was deemed submitted on the papers, default having been entered and the noticed hearing for July 17, 2006 having been served and no response filed."]*

[PROPOSED] DEFAULT JUDGMENT
Case No. C 06-01937 MHP

1  California; Carpenters Training Trust Fund for Northern California; and Carpenters 46 Northern
2  California Counties Conference Board for itself and on behalf of Northern California Carpenters
3  Regional Council ~~were~~ are represented by Kristina L. Hillman of Weinberg, Roger & Rosenfeld. In this
4  matter, failed to answer or otherwise respond. ~~Defendant [was represented by _____ /made no appearance]~~. Having
5  considered the pleadings ~~and arguments~~ in this matter, and good cause appearing, this Court

6  **FINDS AS FOLLOWS**:

7      1.    The Petition and Complaint in this matter was filed with this Court on March 14,
8  2006;

9      2.    Defendant was duly served with process in this matter on April 9, 2006;

10     3.    That no answer or other responsive pleadings having been filed within the time
11 permitted by law, default was entered against the Defendant on May 11, 2006;

12     4.    The Court finds the allegations in the Petition on file herein are true including the
13 fact that the Defendant has been bound to a written Collective Bargaining Agreement with the
14 Carpenters 46 Northern California Counties, a labor organization within the meaning of LMRA
15 §301, 29 U.S.C. §150. Defendant signed a Memorandum Agreement which incorporates the terms
16 and conditions of the Carpenters' Master Agreement. By virtue of becoming bound to the
17 Carpenters' Master Agreement, Defendant became subject to all the terms and conditions of the
18 various Trust Agreements refereed to in the Petition; and

19     5.    That Defendant has failed, neglected or refused to submit to an audit as requested
20 by Plaintiffs pursuant to said Carpenters' Master Agreement and Trust Agreements.

21 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be
22 entered in favor of Plaintiffs, Robert Alvarado, in his capacity as Trustee of the Carpenters Health
23 and Welfare Trust Fund for California; Carpenters Vacation-Holiday Trust Fund for Northern
24 California; Carpenters Pension Trust Fund for Northern California; Carpenters Training Trust Fund
25 for Northern California; and Carpenters 46 Northern California Counties Conference Board for
26 itself and on behalf of Northern California Carpenters Regional Council; and against Defendant as
27 follows:

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

[PROPOSED] DEFAULT JUDGMENT
Case No. C 06-01937 MHP

1. The Court confirms the Decision and Award of Arbitrator Gerald R. McKay, issued August 18, 2005;

2. Defendant is Ordered to pay $14,964.97, as set forth in the Decision and Award of Arbitrator Gerald R. McKay, issued August 18, 2005;

3. For an injunction directing Defendant to submit to an audit of its books and records pursuant to the Trust Agreements;

4. Defendant is Ordered to pay all amounts found due and owing as a result of said audit of its books and records;

5. For an order directing and permanently enjoining Defendant to timely submit all required monthly contribution reports, contributions due and owing plus interest and liquidated damages;

6. For an accounting between Plaintiffs and Defendant;

7. For attorneys' fees in the amount of $2,283.75;

8. For costs in the amount of $339.50;

9. For interest on any amounts found due in an amount to be determined consistent with 26 U.S.C. 6621;

10. This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of all amounts found due and owing; and

11. For such other and further relief as this Court deems just and proper.

DATED: July 25, 2006

_____
HONORABLE MARILYN HALL PATEL
JUDGE OF THE DISTRICT COURT

112332/424626

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

[PROPOSED] DEFAULT JUDGMENT
Case No. C 06-01937 MHP